

No. 14–0614/AR. U.S. v. Jason A. Price. CCA 20121003. On consideration of Appellant's petition for reconsideration of this Court's order issued September 11, 2014, it is ordered that said petition for reconsideration is hereby denied.

No. 14–0686/AR. U.S. v. Matthew B. Behymer. CCA 20130535. Appellant's motion to file the supplement to the petition for grant of review out of time is granted.

No. 15–0074/CG. U.S. v. John C. Riesbeck. CCA 1374. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 23, 2014.

No. 15–0076/NA. U.S. v. Matthew D. Ellerbee. CCA 201300109. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 23, 2014.

No. 15–0079/AF. U.S. v. Brittney L. Hall. CCA 38241. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 23, 2014.